UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE: MARGARITA M VARGAS                                    CASE NUMBER:23-10280-LMI

### AMENDED
### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows. **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears at the confirmation hearing to represent the debtor.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for issues raised and additional documents needed.*

Debtor's attorney must provide all written responses or documents through BKDOCS.COM by 5pm at least 15 days prior to the confirmation hearing. Pro Se debtors may fax to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal.

**ATTORNEYS MUST SEEK A RESOLUTION PRIOR TO THE CONFIRMATION HEARING OF ALL OUTSTANDING ISSUES.** The Trustee's Office has a "Precall" date. During this period, the Debtor's or Creditor's attorney must call **THE THURSDAY PRIOR TO THE HEARING** and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes of this recommendation the day before the hearing.

===============================================================================

Recommendation for *April 4, 2023* hearing. All amendments and documents for the *April 4, 2023* hearing were due as of *March 17, 2023*. (Call the Trustee's case administration department prior to "re-sending" documents)

PLAN served on 1/19
**If counsel for the debtor(s) appears at confirmation, confirms service, and agrees on the record:**
**DISMISS: LF67 not filed, if on docket by 4/3 Continue to 5/2 due on or before 4/11:** 1) calculation of income, 2) amend Sch I/J to reflect loss of employments, 3) business gross profit $130,750 (less items listed on DE#16), 4) did debtor transfer Merlin to R. Cano?, 5) what is Merlin Business & why paying $3,400.00 to JPMorgan (after SOFA closing date), 6) amend to disclose & provide value of assts of business (motorcoach & office supplies), 7) LF67, 8) provide 2021 corp taxes, 9) bank stmts #9977 (1/5-1/13) & #5826 (1/11-1/13), 10) creditor paid through plan has not filed POC (IRS), 11) explain/proof of withdrawal on 10/5 $2,200.00 (acct #9977) & 11/29 $1,135.00, 11/30 $1,800.00 & 1/3 $1,200.00 (acct #5826), 12) WDO or motion to waive, 13) BDQ & business bank stmts, 14) affidavit of support, 15) debtor is transferring money to Merlin business in 12/22, provide Quickbook or accounting for 2022, 16) amend plan to include lawsuit language, 17) reaffirm, redeem or surrender Sch D creditor
**still need 2022 tax returns & corp taxes**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*