**Fill in this information to identify the case:**

Debtor 1 __Margarita M Vargas__

Debtor 2 _____

United States Bankruptcy Court for the: __Southern__ District of __Florida (Miami)__

Case number: __23-10280-LMI__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __Pingora Loan Servicing ,LLC enote vesting-- Nationstar Mortgage LLC__

**Court claim no.** (if known): __10-1__

**Last 4 digits** of any number you use to identify the debtor's account: __9626__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 03/22/2023 | (5) | $ 150.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page **1**

Creditor acknowledges and does not object to the Debtor's proposed pay direct treatment of Creditor's claim.  The Creditor will seek the above mentioned recoverable fees outside of the bankruptcy case

| | | |
|---|---|---|
| Debtor 1 | Margarita M Vargas | Case number (*if known*) 23-10280-LMI |
| Debtor 2 | | |
| | First Name   Middle Name   Last Name | |

**Part 2:**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑  I am the creditor.

× I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | |
|---|---|---|
| /s / Scott C. Lewis, Esq. | Date | 06/09/2023 |
| Signature | | |

| | | | | |
|---|---|---|---|---|
| Print: | Scott | C. | Lewis | Title  Attorney for Secured Creditor |
| | First Name | Middle Name | Last Name | |

| | |
|---|---|
| Company | Albertelli Law |
| | Number   Street |
| Address | P.O. Box 23028 |
| | Tampa          FL      33623 |
| | City          State    ZIP Code |

Contact phone  813-221-4743          Email: bkfl@albertellilaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document to be served upon the following parties of interest either via pre-paid regular US Mail or via electronic notification to the parties on the attached service list, this 9th day of June, 2023.

**SERVICE LIST**

Margarita M Vargas
745 NW 105 Place, #C3
Miami, FL 33172

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
Email: jose@blancopa.com

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com